**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Fred Freeman, Appellant.

Appellate Case No. 2017-001833

---

Appeal From Berkeley County
Maite Murphy, Circuit Court Judge

---

Unpublished Opinion No. 2019-UP-200
Submitted May 1, 2019 – Filed June 5, 2019

---

**APPEAL DISMISSED**

---

Appellate Defender Lara Mary Caudy, of Columbia; and
Fred Freeman, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.